```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 22503
   BRIAN A WALLS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3977
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/07/05 and confirmed on 09/09/05.

   2.  The case was dismissed after confirmation, 08/31/2007.

   3.  The Debtor paid a total of $  18678.39 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 6199.51 | .00 | 6199.51 |
| NORTH SHORE HOLDINGS | SECURED | .00 | .00 | .00 |
| NORTH SHORE HOLDINGS | MORTGAGE ARRE | 3448.81 | .00 | 3448.81 |
| WESMERE COUNTRY CLUB HOA | SECURED | 360.00 | .00 | 360.00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COHEN GROSSMAN & ROSENSO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| GO AMERICA AUTO INS | UNSECURED | 986.10 | .00 | 688.75 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| JUSTICE CURRENCY EXCHANG | UNSECURED | NOT FILED | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | 9596.29 | .00 | 6702.50 |
| NICOR GAS | UNSECURED | 339.20 | .00 | 236.92 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| AMO RECOVERIES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 290.62 | .00 | 202.98 |

```
      Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10008.32        .00     11212.21          .00    21220.53
PRINCIPAL PAID      10008.32        .00      7831.15          .00    17839.47
INTEREST PAID            .00        .00          .00          .00         .00
TOTAL PAID          10008.32        .00      7831.15          .00    17839.47
```

The Debtor's attorney, ALONZO H ZAHOUR                , was allowed $        .00
and was paid $       .00 .

The Trustee received $    838.92 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                               PAGE   2
           CASE NO. 05 B 22503 BRIAN A WALLS